Pearl L. JOHNSON, Plaintiff–
Appellant

v.

Earl WATKINS, In his capacity as Superintendent of Jackson Public Schools District; Tony Winters, In his official capacity and individual capacity, Defendants–Appellees.

No. 11–60261.

United States Court of Appeals,
Fifth Circuit.

July 12, 2012.

Pearl Lee Johnson, Jackson, MS, pro se.

Rajita Iyer Moss, Esq., Owens Moss Law Firm, P.L.L.C., Jackson, MS, for Defendants–Appellees.

Before KING, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

After having reviewed the pertinent portions of the record and studied the briefs, we affirm the judgment of the district court granting Appellees' motion for judgment as a matter of law for essentially the reasons given by the district court in its opinion. *See Johnson v. Watkins,* 803 F.Supp.2d 561 (S.D.Miss.2011).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.